# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SAVE OUR BIG SCRUB, INC., SIERRA CLUB, FLORIDA NATIVE PLANT SOCIETY, INC., AUDUBON SOCIETY OF THE EVERGLADES,**

        **Plaintiffs,**

**-vs-**                                         **Case No. 6:04-cv-349-Orl-28KRS**

**GALE NORTON, SECRETARY, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, AN ADMINISTRATIVE AGENCY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFFS' SUPPLEMENT TO NOTICE OF ADDITIONAL TIME AND FEES (Doc. No. 69)**
>
> **FILED:**      **June 23, 2005**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

I treat this document as a motion to withdraw the Report and Recommendation issued on the question of attorneys' fees to consider additional evidence. The motion is not appropriately styled or filed as a motion, it contains no memorandum of legal authority supporting the request for relief as

required by M.D. Fla. L.R. 3.01(a), it is not supported by a certification under M.D. Fla. L.R. 3.01(g), and it is not properly formatted as required by M.D. Fla. L.R. 1.05.

**DONE** and **ORDERED** in Orlando, Florida on June 24, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties