**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SAVE OUR BIG SCRUB, INC., SIERRA
CLUB, FLORIDA NATIVE PLANT
SOCIETY, INC., AUDUBON SOCIETY OF
THE EVERGLADES,

           Plaintiffs,

-vs-                                    Case No. 6:04-cv-349-Orl-28KRS

GALE NORTON, SECRETARY, UNITED
STATES DEPARTMENT OF THE
INTERIOR, UNITED STATES FISH AND
WILDLIFE SERVICE, AN
ADMINISTRATIVE AGENCY OF THE
UNITED STATES DEPARTMENT OF THE
INTERIOR,

           Defendants.

## ORDER

This case is before the Court on Plaintiffs Sierra Club and Florida Native Plant Society, Inc.'s Petition for Attorney's Fees and Costs (Doc. 62) filed February 18, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 16, 2005 (Doc. 68) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Petition for Attorneys' Fees and Costs. (Doc. 62) is **GRANTED in part**. Specifically, Plaintiffs Sierra Club and Florida Native Plant Society, Inc. are awarded $42,931.50 in attorneys' fees and $1,901.59 in costs against Defendant U.S. Fish and Wildlife Service. The Petition is **DENIED** in all other respects.

3. The Clerk is directed to enter judgment accordingly.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of July, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party