# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SAVE OUR BIG SCRUB, INC., SIERRA
CLUB, FLORIDA NATIVE PLANT SOCIETY,
INC., AUDUBON SOCIETY OF THE
EVERGLADES,

                Plaintiffs,

-vs-                                      Case No. 6:04-cv-349-Orl-28KRS

GALE NORTON, SECRETARY, UNITED
STATES DEPARTMENT OF THE INTERIOR,
UNITED STATES FISH AND WILDLIFE
SERVICE, AN ADMINISTRATIVE AGENCY
OF THE UNITED STATES DEPARTMENT OF
THE INTERIOR,

                Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiffs, **SIERRA CLUB, and FLORIDA NATIVE PLANT SOCIETY, INC.,** recover from the Defendant, **UNITED STATES FISH AND WILDLIFE SERVICE**, attorney fees in the amount of $42,931.50 (Forty-two Thousand, Nine Hundred Thirty-one and 50/100ths) and costs in the amount of $1,901.59 (One Thousand Nine Hundred One and 59/100ths).

Date:   July 5, 2005

                                            SHERYL L. LOESCH, CLERK

                                        s/ *M. Pleicones*, Deputy Clerk